UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TERESA ROSALES,<br><br>            Plaintiff,<br><br>vs.<br><br>MANHATTAN ASSOCIATES, INC.,<br><br>            Defendant. | 05-11442 PBS<br><br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. _____<br>)<br>) **MAGISTRATE JUDGE** ___<br>)<br>)<br>) |

RECEIPT # 65480
AMOUNT $ 250.
SUMMONS ISSUED N/A
LOCAL RULE 4.1 ___
WAIVER FORM ___
MCF ISSUED ___
BY DPTY. CLK. ___
DATE 7/8/05

**NOTICE OF REMOVAL**

TO THE HONORABLE JUDGES AND CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS:

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1441 and 1446, defendant Manhattan Associates, Inc. ("Manhattan Associates") hereby removes the above-entitled action to this Court based on the following grounds:

1.      On or about June 17, 2005, plaintiff Teresa Rosales ("Rosales") commenced a civil action against Manhattan Associates in the Middlesex County Superior Court, Commonwealth of Massachusetts, entitled <u>Teresa Rosales vs. Manhattan Associates, Inc.</u>, Civil Action No. 05-2123, seeking damages in the amount of $289,080.00, under a third-party beneficiary theory.

2.      Pursuant to 28 U.S.C. §§ 1446(a), true and correct copies of all process, pleadings, and orders served on Manhattan Associates are attached as Exhibit A.

3.      This Court has original diversity jurisdiction over this action under 28 U.S.C. § 1332, in that:

    (a)     the amount in controversy as shown on the Complaint exceeds the sum or value of $75,000, exclusive of interests and costs; and

(b)  Plaintiff and Defendant are citizens of different states. According to the Plaintiff's Complaint, Rosales is an individual citizen of Massachusetts residing at 42 Watson Road, Belmont, Massachusetts. Manhattan Associates is a corporation organized and existing under the laws of Georgia and it has a principal place of business in Georgia.

4.  Manhattan Associates received service of the Plaintiff's Complaint and Summons on June 30, 2005. Having been filed within 30 days of the date of receipt of service, Manhattan Associates' Notice of Removal is timely under 28 U.S.C. § 1446(b). Murphy Brothers, Inc. v. Michetti Pipe Stringing, Inc., 526 U.S. 344, 354-55 (1999).

5.  Pursuant to 28 U.S.C. § 1446, written notice of the filing of this Notice of Removal, together with a copy of the Notice of Removal, will be filed with the Clerk of the Middlesex County Superior Court, Commonwealth of Massachusetts. All adverse parties will receive a copy of the notice filed with that court.

6.  Pursuant to Local Rule 81.1(a), Manhattan Associates will request from the Clerk of the Middlesex County Superior Court certified or attested copies of all records and proceedings in the state court, and certified or attested copies of all docket entries therein, including a copy of this Notice of Removal, and will file the same with this Court within thirty days after the filing of this Notice of Removal.

WHEREFORE, Manhattan Associates removes the above-captioned action pending in the Middlesex County Superior Court to this Court.

BO1 15724498.1 / 31387-000001

MANHATTAN ASSOCIATES, INC.

By its Attorneys,

_____
Peter S. Brooks (BBO # 058980)
Heidsha Batista (BBO # 655263)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane
Suite 300
Boston, MA 02210-2028
Telephone:   (617) 946-4800
Telecopier:   (617) 946-4801

DATED: July 8, 2005

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, SS.                                    SUPERIOR COURT OF THE
                                                  TRIAL DEPARTMENT
                                                  CIVIL ACTION NO. 05-2123

| | |
|---|---|
| TERESA ROSALES,<br>　　　Plaintiff | )<br>)<br>) |
| VS. | )<br>)<br>) COMPLAINT AND<br>)  ~~JURY CLAIM~~ |
| MANHATTAN ASSOCIATES, INC.<br>　　　Defendant | )<br>) |

FILED
IN THE OFFICE OF THE
CLERK OF COURTS
FOR THE COUNTY OF MIDDLESEX

JUN 17 2005

Edward J. Sullivan
CLERK

　　　Now comes the plaintiff in the above-referenced matter and says as follows:

　　　1.　　　She is a resident of 42 Watson Road, Belmont, Massachusetts 02478.

　　　2.　　　Manhattan Associates, Inc., (hereinafter Manhattan) is a Georgia corporation having a regular place of business at One Burlington Plaza, Suite 272, at 67 South Bedford Street in Burlington, Massachusetts 02373.

　　　3.　　　By Order of this Court a Judgment was entered against the defendant Logistics.Com, Inc., in Civil Action No. 03-04886 on July 14, 2004. A copy of the Judgment and Findings of the Court is attached as Exhibit A.

　　　4.　　　An Execution issued on such Judgment on November 23, 2004. A copy of the Execution is attached as Exhibit B.

　　　5.　　　The defendant, Manhattan acquired Logistics.Com, Inc., and assumed certain of its obligations and liabilities by means of a purchase agreement dated December 13, 2002.

```
8121E000006/17/05CIVIL       240.00
8121E000006/17/05SUR CHARGE   15.00
8121E000006/17/05SUMMONS      50.00
8121E000006/17/05SECC         20.00
```

6. The litigation concluded against Logistics.Com, Inc., was one of the liabilities assumed by the defendant Manhattan under Section III Liabilities and Obligations of said agreement.

7. The plaintiff makes claim, therefore, against the defendant Manhattan Associates, Inc., as a Third-Party beneficiary of said agreement.

WHEREFORE, the plaintiff demands judgment against the defendant in the amount of the Execution attached as Exhibit B.

~~JURY CLAIM~~

~~THE PLAINTIFF DEMANDS TRIAL BY JURY.~~

Teresa Rosales
By her attorney,

*[signature]*
John F. Maher
BBO #314100
50 Pleasant Street
Arlington, MA 02476
Tel. No. (781) 641-4889

Date: June 16, 2005

2

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Rosales, Teresa

## DEFENDANTS
Manhattan Associates, Inc.

(b) County of Residence of First Listed Plaintiff: Middlesex County, MA
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Fulton County, Georgia
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address and Telephone Number)
John F. Maher, Esq.
50 Pleasant Street
Arlington, MA 02476
(781) 641-4889

Attorneys (If Known)
Peter S. Brooks, Esq.
Henisha Batista, Esq.
Seyfarth Shaw LLP
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
(617) 946-4800

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [x] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business in Another State | [ ] 5 | [x] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 362 Personal Injury - Med. Malpractice | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability / [ ] 365 Personal Injury - Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 |  | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument |  | [ ] 630 Liquor Laws | **PROPERTY RIGHTS** | [ ] 450 Commerce |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 320 Assault, Libel & Slander / [ ] 368 Asbestos Personal Injury Product Liability | [ ] 640 R.R. & Truck | [ ] 820 Copyrights | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 330 Federal Employers' Liability | [ ] 650 Airline Regs. | [ ] 830 Patent | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 340 Marine / **PERSONAL PROPERTY** | [ ] 660 Occupational Safety/Health | [ ] 840 Trademark | [ ] 480 Consumer Credit |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 345 Marine Product Liability / [ ] 370 Other Fraud | [ ] 690 Other |  | [ ] 490 Cable/Sat TV |
| [ ] 160 Stockholders' Suits | [ ] 350 Motor Vehicle / [ ] 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | [ ] 810 Selective Service |
| [x] 190 Other Contract | [ ] 355 Motor Vehicle Product Liability / [ ] 380 Other Personal Property Damage | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/Exchange |
| [ ] 195 Contract Product Liability | [ ] 360 Other Personal Injury / [ ] 385 Property Damage Product Liability | [ ] 720 Labor/Mgmt. Relations | [ ] 862 Black Lung (923) | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 196 Franchise |  | [ ] 730 Labor/Mgmt. Reporting & Disclosure Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** |  | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 441 Voting / [ ] 510 Motions to vacate Sentence | [ ] 740 Railway Labor Act | [ ] 865 RSI (405(g)) | [ ] 892 Economic Stabilization Act |
| [ ] 220 Foreclosure | [ ] 442 Employment / **HABEAS CORPUS:** | [ ] 790 Other Labor Litigation | **FEDERAL TAX SUITS** | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/Accommodations / [ ] 530 General | [ ] 791 Empl. Ret. Inc. Security Act | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 894 Energy Allocation Act |
| [ ] 240 Torts to Land | [ ] 444 Welfare / [ ] 535 Death Penalty |  |  | [ ] 895 Freedom of Information Act |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment / [ ] 540 Mandamus & Other |  | [ ] 871 IRS - Third Party 26 USC 7609 | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other / [ ] 550 Civil Rights |  |  | [ ] 950 Constitutionality of State Statutes |
|  | [ ] 440 Other Civil Rights / [ ] 555 Prison Condition |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)

- [ ] 1 Original Proceeding
- [x] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC Section 1332

Brief description of cause:
Contract - third party beneficiary hearing

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ $289,080.00

CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes  [x] No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____
DOCKET NUMBER _____

DATE: 7/8/05

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

American LegalNet, Inc. | www.USCourtForms.com

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only)  Teresa Rosales v. Manhattan Associates, Inc.

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   - [ ] I. 160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.
   - [ ] II. 195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.    *Also complete AO 120 or AO 121 for patent, trademark or copyright cases
   - [x] III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.
   - [ ] IV. 220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.
   - [ ] V. 150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES [ ]    NO [x]

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
   YES [ ]    NO [x]

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES [ ]    NO [ ]

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES [ ]    NO [x]

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1 (d)).
   YES [x]    NO [ ]

   A. If yes, in which division do all of the non-governmental parties reside?
      Eastern Division [x]    Central Division [ ]    Western Division [ ]

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
      Eastern Division [ ]    Central Division [ ]    Western Division [ ]

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   YES [ ]    NO [x]

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME  Peter S. Brooks, Esq., Heidsha Batista, Esq.
                 Seyfarth Shaw LLP
                 Two Seaport Lane, Suite 300
ADDRESS  Boston, MA  02210-2028
TELEPHONE NO.  (617) 946-4800

(Coversheetlocal.wpd 10/17/02)
American LegalNet, Inc. | www.USCourtForms.com