# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TERESA ROSALES, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MANHATTAN ASSOCIATES, INC., )<br>)<br>Defendant. )<br>) | CIVIL ACTION NO. 05-11442 PBS |

## CERTIFICATE OF FILING NOTICE OF REMOVAL
## WITH CLERK OF MIDDLESEX COUNTY SUPERIOR COURT

I, Heidsha Batista, counsel for Manhattan Associates, Inc. ("Manhattan Associates"), defendant in the above-captioned action, hereby certify that I caused a copy of the Notice of Removal of the above-captioned action to be filed on July 8, 2005 with the Clerk of the Middlesex County Superior Court, in accordance with the provisions of 28 U.S.C. § 1446(d).

I further certify that I gave written notice of the filing of said Notice to all adverse parties by causing to be sent, by first class mail, a copy of the Notice of Filing of Notice of Removal and the Notice of Removal on July 8, 2005 to John F. Maher, Esq., Plaintiff's counsel of record.

Signed under the pains and penalties of perjury this 8th day of July, 2005.

                                                       /s/ Heidsha Batista
                                                    Heidsha Batista (BBO # 655263)
                                                    SEYFARTH SHAW LLP
                                                    World Trade Center East
                                                    Two Seaport Lane
                                                    Suite 300
                                                    Boston, MA 02210-2028
                                                    Telephone:   (617) 946-4800
                                                    Telecopier:   (617) 946-4801