UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TERESA ROSALES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 05-11442 PBS |
| | ) |
| MANHATTAN ASSOCIATES, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF CHANGE OF NAME

**PLEASE TAKE NOTICE** that Heidsha Batista, counsel for Manhattan Associates, Inc., has changed her name to Heidsha Sheldon. My address and telephone number are unchanged.

Please update your service lists accordingly.

DATED: July 29, 2005

/s/ Heidsha Sheldon
Heidsha Sheldon (BBO # 655263)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane
Suite 300
Boston, MA 02210-2028
Telephone:   (617) 946-4800
Telecopier:   (617) 946-4801

BO1 15728425.1 / 31387-000001