## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TERESA ROSALES, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MANHATTAN ASSOCIATES, INC., )<br>)<br>Defendant. )<br>) | CIVIL ACTION NO. 05-11442 PBS |

### MANHATTAN ASSOCIATES, INC.'S MOTION FOR SUMMARY JUDGMENT
### (REQUEST FOR HEARING)

Defendant Manhattan Associates, Inc. ("Manhattan Associates") hereby moves, pursuant to Fed. R. Civ. P. 56, for summary judgment on the plaintiff's claims in her Complaint. For the reasons more fully stated in its accompanying memorandum of law, there are no genuine issues of material fact and Manhattan Associates is entitled to judgment in its favor as a matter of law.

### REQUEST FOR HEARING

Manhattan Associates respectfully requests a hearing on its Motion for Summary Judgment.

### CERTIFICATION PURSUANT TO L.R. 7.1(A)(2)

Undersigned counsel hereby certifies that he attempted to confer with counsel for the Plaintiffs and in good faith to resolve or narrow the issues raised in this motion.

BO1 15725769.1 / 31387-000001

                    MANHATTAN ASSOCIATES, INC.

                    By its Attorneys,

                      /s/  Heidsha Sheldon
                    Peter S. Brooks (BBO # 058980)
                    Heidsha Sheldon (BBO # 655263)
                    SEYFARTH SHAW LLP
                    World Trade Center East
                    Two Seaport Lane
                    Suite 300
                    Boston, MA 02210-2028
                    Telephone:     (617) 946-4800
                    Telecopier:     (617) 946-4801

DATED:  August 4, 2005

BO1 15725769.1 / 31387-000001