# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TERESA ROSALES, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MANHATTAN ASSOCIATES, INC., )<br>)<br>Defendant. )<br>) | CIVIL ACTION NO. 05-11442 PBS |

## CERTIFICATE OF SERVICE

I, Heidsha Sheldon, hereby certify that on this 4th day of August, 2005, I caused a true, complete and accurate copy of the following documents to be served by first class mail on John F. Maher, Esq., 50 Pleasant Street, Arlington, Massachusetts 02476:

1. Manhattan Associates, Inc.'s Motion for Summary Judgment;

2. Memorandum of Law in Support of Manhattan Associates, Inc.'s Motion for Summary Judgment;

3. Affidavit of Heidsha Sheldon with attached evidentiary materials.

4. Affidavit of Matthew Roberts with attachments.

    /s/ Heidsha Sheldon
Heidsha Sheldon (BBO # 655263)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane
Suite 300
Boston, MA 02210-2028
Telephone:     (617) 946-4800
Telecopier:     (617) 946-4801