**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| TERESA ROSALES, | ) | |
|     Plaintiff | ) | |
| | ) | |
| V. | ) | CIVIL ACTION NO. 05-11442 PBS |
| | ) | |
| MANHATTAN ASSOCIATES, INC., | ) | |
|     Defendant | ) | |

**PLAINTIFF'S ASSENTED TO MOTION TO ENLARGE THE TIME BY**
**WHICH THE PLAINTIFF MUST FILE AN OPPOSITION**
**TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Now comes the plaintiff in the above-captioned matter and respectfully moves

this Honorable Court, pursuant to L.R., D. Mass. 7(b)(2), to enlarge from August 18,

2005 to September 2, 2005, the date by which she must file an opposition to the

Defendant's Motion for Summary Judgment and assigns as reasons therefore that matters

including preparation for upcoming trials in Superior Court have precluded adequate

preparation by counsel for such opposition.  In addition, this matter was only filed in June

of 2005 and extension will not delay the progress of the case.  The Scheduling

Conference is not scheduled until September 7, 2005.

            Respectfully submitted,

            TERESA ROSALES

            By her attorney,


            /s/  John F. Maher_____
            John F. Maher
            BBO #314100
            50 Pleasant Street
            Arlington, MA   02476
            (781) 641-4889

ASSENTED TO:


/s/ Heidsha Sheldon_____
Heidsha Sheldon, Esquire
Seyfarth Shaw, LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA   02210-2028
(617) 946-4800

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon Heidsha
Sheldon, Esquire, attorney for defendant, Manhattan Associates, Inc., by mail on
August 17, 2005

/s/ John F. Maher_____
John F. Maher
BBO # 314100
50 Pleasant Street
Arlington, MA    02476
(781) 641-4889