UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TERESA ROSALES, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MANHATTAN ASSOCIATES, INC., )<br>)<br>Defendant. )<br>) | CIVIL ACTION NO. 05-11442 PBS |

## JOINT STATEMENT

Pursuant to Local Rule 16.1, the Parties hereby propose the following agenda for the Scheduling Conference and Joint Discovery Plan and Schedule for filing motions:

**I.   PROPOSED AGENDA FOR SCHEDULING CONFERENCE.**

The Parties' proposed joint discovery plan and schedule for dispositive motions.

The Defendant does not consent to trial by Magistrate Judge.

**II.  PROPOSED JOINT DISCOVERY PLAN AND SCHEDULE
FOR DISPOSITIVE MOTIONS.**

   A.   Pursuant to Rule 26, the parties shall make initial disclosures ten days after disposition of Defendant's pending motion for summary judgment, if the court denies the motion;

   B.   December 30, 2005:  All motion to amend the pleadings shall be filed on or before this date;

   C.   March 1, 2006:  All discovery, including depositions of non-expert witnesses shall be completed on or before this date;

   D.   May 1, 2006:  Dispositive motions to be filed, with oppositions to be filed by May 31, 2006; and

   E.   July 1, 2006:  Final Pretrial Conference and Trial Date to be set by the Court.

**III.   CERTIFICATION BY COUNSEL.**

All parties will consider ADR at an appropriate future time and will separately file certifications pursuant to Local Rule 16.1(D)(3) on or before the date of the Scheduling Conference.

| PLAINTIFF TERESA ROSALES | MANHATTAN ASSOCIATES, INC. |
|---|---|
| By her attorney, | By its Attorneys, |
| /s/ John F. Maher | /s/ Heidsha Sheldon |
| John F. Maher | Peter S. Brooks (BBO # 058980) |
| BBO# 314100 | Heidsha Sheldon (BBO # 655263) |
| 50 Pleasant Street | SEYFARTH SHAW LLP |
| Arlington, MA 02476 | World Trade Center East |
| (781) 641-4889 | Two Seaport Lane |
|  | Suite 300 |
|  | Boston, MA 02210-2028 |
|  | Telephone:   (617) 946-4800 |
|  | Telecopier:   (617) 946-4801 |

DATED:  August 30, 2005

BO1 15733884.1 / 31387-000001