UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TERESA ROSALES, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MANHATTAN ASSOCIATES, INC., )<br>)<br>Defendant. )<br>) | CIVIL ACTION NO. 05-11442 PBS |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3(A), Defendant Manhattan Associates, Inc., states that it has no parent company and no publicly held corporation owns 10% or more of its stock.

        MANHATTAN ASSOCIATES, INC.

        By its Attorneys,


         /s/  Heidsha Sheldon
        Peter S. Brooks (BBO # 058980)
        Heidsha Sheldon (BBO # 655263)
        SEYFARTH SHAW LLP
        World Trade Center East
        Two Seaport Lane
        Suite 300
        Boston, MA 02210-2028
        Telephone:   (617) 946-4800
        Telecopier:   (617) 946-4801

Dated: August 31, 2005

**Certificate of Service**

      I, Heidsha Sheldon, hereby certify that on August 31, 2005, I caused a true and accurate copy of the within document to be served by first class mail on John F. Maher, Esq., 50 Pleasant Street, Arlington, MA 02476.

                                            /s/ Heidsha Sheldon
                                            Heidsha Sheldon

BO1 15734668.1 / 31387-000001