UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TERESA ROSALES,<br><br>            Plaintiff,<br><br>vs.<br><br>MANHATTAN ASSOCIATES, INC.,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 05-11442 PBS<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1**

Defendant Manhattan Associates, Inc., hereby certifies that it has conferred with its counsel (1) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of litigation; and (2) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

                                              MANHATTAN ASSOCIATES, INC.

                                              By its

                                              */s/ David K. Dabbiere*

                                              David K. Dabbiere

                                              Senior Vice President & General Counsel

## Certificate of Service

I, Heidsha Sheldon, hereby certify that on September 12, 2005, I caused a true and accurate copy of the within document to be served by first class mail on John F. Maher, Esq., 50 Pleasant Street, Arlington, MA 02476.

                                 /s/ Heidsha Sheldon
                                 Heidsha Sheldon

BO1 15734671.1 / 31387-000001