UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| TERESA ROSALES,           ) | | |
|     Plaintiff           ) | | |
|                              ) | | |
| V.                                 ) | | CIVIL ACTION NO. 05-11442 PBS |
|                              ) | | |
| MANHATTAN ASSOCIATES, INC., ) | | |
|     Defendant       ) | | |

## PLAINTIFF'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1

      Plaintiff, Teresa Rosales, hereby certifies that she has conferred with her counsel with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of litigation; and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

      Respectfully submitted,

      TERESA ROSALES


      /s/ Teresa Rosales
      Teresa Rosales

2

**CERTIFICATE OF SERVICE**

      I, John F. Maher, hereby certify that on September 12, 2005, I caused a true and accurate copy of the within document to be served upon Heidsha Sheldon, Esquire, Seyforth Shaw, LLP, World Trade Center East, Two Seaport Lane, Suite 300, Boston, MA 02210-2028

      /s/ John F. Maher_____
      John F. Maher
      BBO # 314100
      50 Pleasant Street
      Arlington, MA  02476
      (781) 641-4889