UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TERESA ROSALES,          )<br>    Plaintiff                          )<br>                                            )<br>V.                                         )<br>                                            )<br>MANHATTAN ASSOCIATES, INC.,  )<br>    Defendant                        ) | CIVIL ACTION NO. 05-11442 PBS |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
AND REQUEST FOR HEARING**

The Plaintiff, Teresa Rosales ("Rosales") hereby moves pursuant to Fed. R. Civ. P. 56, for summary judgment on the defendant's claims in its Answer. For the reasons more fully stated in its accompanying Memorandum of Law, there are no genuine issues of material fact and Rosales is entitled to judgment in her favor as a matter of law.

**REQUEST FOR HEARING**

Rosales respectfully requests a hearing on her Motion for Summary Judgment.

**CERTIFICATION PURSUANT TO L. R. 7.1(A)(2)**

Undersigned counsel hereby certifies that he attempted to confer with counsel for the Defendant and in good faith to resolve or narrow the issues raised in this motion.

Respectfully submitted,

TERESA ROSALES

By her attorney,

/s/   John F. Maher
John F. Maher
BBO #314100
50 Pleasant Street
Arlington, MA   02476
Tel. (781) 641-4889
Fax  (781) 316-3159

2

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon Heidsha Sheldon, Esquire, attorney for defendant, Manhattan Associates, Inc., by mail on August 17, 2005

/s/ John F. Maher
John F. Maher
BBO # 314100
50 Pleasant Street
Arlington, MA   02476
(781) 641-4889