UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| TERESA ROSALES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 05-11442 PBS |
| | ) | |
| MANHATTAN ASSOCIATES, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ASSENTED-TO MOTION OF MANHATTAN ASSOCIATES, INC.
TO ENLARGE TIME TO FILE AN OPPOSITION TO
THE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Defendant Manhattan Associates, Inc. ("Manhattan Associates"), hereby moves this court, pursuant to L.R. 7(b)(2) to enlarge from October 5, 2005 to October 7, 2005, the date by which it must file an opposition to the Plaintiff's Motion for Summary Judgment.  In support thereof, Manhattan Associates states that scheduling conflicts have precluded adequate time for counsel to file such an opposition.  In addition, the enlargement of time sought is only of two days and, therefore, will not delay the resolution of the parties' cross-motions for summary judgment.

The Plaintiff has assented to the relief requested by this motion.

BO1 15740619.1 / 31387-000001

        Respectfully submitted,

        MANHATTAN ASSOCIATES, INC.

        By its Attorneys,

        /s/ Heidsha Sheldon
        Peter S. Brooks (BBO # 058980)
        Heidsha Sheldon (BBO # 655263)
        SEYFARTH SHAW LLP
        World Trade Center East
        Two Seaport Lane
        Suite 300
        Boston, MA 02210-2028
        Telephone:   (617) 946-4800

Dated: October 5, 2005        Telecopier:   (617) 946-4801

## CERTIFICATION PURSUANT TO L.R. 7.1(A)(2)

Undersigned counsel hereby certifies that she attempted to confer with counsel for the Plaintiff and in good faith to resolve or narrow the issues raised in this motion. The Plaintiff assent to the relief requested by this motion.

        /s/ Heidsha Sheldon
        Heidsha Sheldon

## Certificate of Service

I, Heidsha Sheldon, hereby certify that on October 5, 2005, I caused a true and accurate copy of the within motion to be served by first class mail on John F. Maher, 50 Pleasant Street, Arlington, Massachusetts 02476.

        /s/ Heidsha Sheldon
        Heidsha Sheldon