UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| TERESA ROSALES, | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 05-11442 PBS |
| | ) | |
| MANHATTAN ASSOCIATES, INC., | ) | |
|     Defendant | ) | |

**PLAINTIFF'S ASSENTED TO MOTION FOR
LEAVE TO FILE A REPLY MEMORANDUM
IN RESPONSE TO THE DEFENDANT MANHATTAN'S
OPPOSITION TO PLAINTIFF'S
<u>CROSS MOTION FOR SUMMARY JUDGMENT</u>**

      Now comes the plaintiff Teresa Rosales and respectfully moves this Honorable Court for leave to file a short reply brief to the Defendant's Manhattan's Opposition to Plaintiff's Cross Motion for Summary Judgment and assigns as reason therefore that the defendant raised a certain limited number of issues in its opposition not treated in the Plaintiff's Cross Motion and such a response will permit the Court to have the full opportunity to consider the arguments of both parties on all issues.  The defendant has assented to this Motion.

| ASSENTED TO: | Respectfully Submitted |
| | Teresa Rosales |
| | By her Attorney |
| | |
| /s/ Heidsha Sheldon | /s/ John F. Maher |
| Heidsha Sheldon, Esquire | John F. Maher |
| Seyfarth Shaw, LLP | BBO# 314100 |
| World Trade Center East | 50 Pleasant Street |
| Two Seaport Lane, Suite 300 | Arlington, MA  02476 |
| Boston, MA  02210-2028 | (781)641-4889 |
| (617)946-4800 | |

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon Heidsha Sheldon, Esquire, attorney for defendant, Manhattan Associates, Inc., by mail on October 12, 2005.

/s/ John F. Maher
John F. Maher
BBO# 314100
50 Pleasant Street
Arlington, MA  02476
(781)641-4889