UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TERESA ROSALES,<br><br>             Plaintiff,<br><br>vs.<br><br>MANHATTAN ASSOCIATES, INC.,<br><br>             Defendant. | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 05-11442 PBS<br>)<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF SALLIE ANN ROSENMARKLE

I, Sallie Ann Rosenmarkle, on oath depose and state:

1. I am employed by Manhattan Associates, Inc. as a senior paralegal.

2. I make this affidavit of my own personal knowledge, in support of Manhattan Associates, Inc.'s Opposition to Plaintiff's Motion for Summary Judgment. I submit this affidavit to correct a typographic error in my affidavit of October 5th, 2005. Paragraph 3 of the October 5, 2005 Affidavit should have read:

> 3. On September 30, <u>2003</u>, Manhattan Associates received a letter from John F. Maher, counsel for Teresa Rosales. A true and accurate copy of this letter is attached hereto as **Exhibit A.**

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 11th DAY OF OCTOBER, 2005.

                                                                   _/s/ Sallie Ann Rosenmarkle_
                                                                   Sallie Ann Rosenmarkle