UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TERESA ROSALES,<br><br>              Plaintiff,<br><br>vs.<br><br>MANHATTAN ASSOCIATES, INC.,<br><br>              Defendant. | CIVIL ACTION NO. 05-11442 PBS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby stipulate and agree that all claims in the above action shall be dismissed with prejudice and without costs, interest or attorneys' fees and that all rights of appeal are hereby waived.

| PLAINTIFF TERESA ROSALES | MANHATTAN ASSOCIATES, INC. |
|---|---|
| By her attorney,<br><br>/s/ John F. Maher<br>John F. Maher<br>BBO# 314100<br>50 Pleasant Street<br>Arlington, MA 02476<br>(781) 641-4889 | By its Attorneys,<br><br>/s/<br>Peter S. Brooks (BBO # 058980)<br>Heidsha Sheldon (BBO # 655263)<br>SEYFARTH SHAW LLP<br>World Trade Center East<br>Two Seaport Lane<br>Suite 300<br>Boston, MA 02210-2028<br>Telephone:   (617) 946-4800<br>Telecopier:   (617) 946-4801 |